IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY & CASUALTY, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES JACKSON, et al. <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER** <br><br> Case No. 1:07-CV-163 <br><br> Judge Clark Waddoups |

On March 17, 2011, the court heard argument from the parties regarding Plaintiff's second motion for summary judgment.[1] For the reasons stated on the record, the motion is GRANTED.

DATED this 18th day of March, 2011.

BY THE COURT:

_____
Clark Waddoups
United States District Court Judge

---

[1] (Dkt. No. 43.)